# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 15, 2014

## NO. 03-14-00237-CV

**George Alejos, Appellant**

**v.**

**The State of Texas and VIA Metropolitan Transit Advanced Transportation District, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED IN PART; DISMISSED AS MOOT IN PART --
### OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on April 15, 2014 setting bond and the order of dismissal signed by the district court on April 28, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's April 15 order and that the appeal of the April 28 order is moot. Therefore, the Court affirms the district court's April 15, 2014 order and dismisses as moot the appeal of the district court's April 28, 2014 order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.